IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ALABAMA

CIVIL DIVISION

**CAESAR WHITE, JR.**

**Plaintiff**

**Vs.**                                    Civil Action No. 22-CV-106-TFM-N

**LOUIS DEJOY**

**Postmaster General**

**United States Postal Service**

**Southern Area Agency, ect. All**

**Defendant**

## COMPLAINT

1. The Plaintiff was issued an appeals decision from the U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMMISSION, Office of Federal Operations, on December 8, 2021, which he received December 14, 2021, relating to matter 4G-350-0047-18, which was initially noted as 4G-350-0187-17, that was later changed to 4G-350-0047-18, then subsequently the Plaintiff received notice of decision from the U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION on January 11, 2022, by email notification relating to matter 4G-350-0159-19, the Plaintiff attempted to obtain legal counsel, and was unable to do so, and was only left with the option to file in federal court.

2. Plaintiff's Name; Caesar White, Jr., and address: P.O. Box 17221, Pensacola, Fl, 32522

1

3. Defendant(S) For the Agency: Attorney Jason Hardy; Address: P. O. Box 6634, Clearwater, FL, 33758; and USPS Managing Counsel/Edith Rosen; Address: 2203 Lois Avenue, 10 Floor, Tampa, FL, 33607

4. On or about August 2017, I was not allowed to work because of attempting to go to scheduled doctor's appointments, and was unjustly written up in the proceeding months for attempting to do so, I was written up numerous times unjustly claiming performance issues, and subjected almost daily to a hostile work environment, targeted for adverse working conditions by use of younger workers, and subjected to unfavorable working conditions to cause further harm to my medical condition, which I feel violates the following:

A. Under Title VII of the Civil Rights Act of 1964, for Age Discrimination "ADEA"!

B. Under 42 U.S.C. $ 2000e-3(a) for retaliation or harassment discrimination

C. Under Title VII of the Civil Rights Act of 1964, Discrimination based on race is prohibited

5. On or about September of 2017, I filed a complaint with the USPS EEO counselor relating to working conditions, hostile work environment, and retaliation as well. These conditions continued thru until January of 2020, which lead to the subsequent EEOC filing noted in the beginning of this complaint. During this time frame, I was a member of a protected group of person(s) and between the ages of 40 and 70; I was subjected to numerous unjustified write ups, which were overturned; younger workers were use to do my work for me; and I was quailed to perform my own work load as all other employees; I suffered loss of salary, loss of 401 investment pay, lost of sick and personal leave time, and had my credit ruined by the Defendants action, which has severely damaged my

ability to take care of myself. And as a result of the Defendants hostile and fraudulent actions……I do not feel safe under their supervision!!!

6.

A. I am requesting that this matter be presented to a jury in accordance with F.R.C.P. 38.

B. I seek that none of the individuals named in these matter be allowed to have direct, or any type supervision or contact with the Plaintiff.

C. I seek compensatory damages reliefs as allowed by law or deemed by a jury, or any reasonable compensation.

*Caesar White, Jr. 03/08/22*

(Signature and date), pro se

(Address) P.O. Box 17221, Pensacola, FL, 32522

(Phone Number) (850) 291-3346

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing complaint filed with the United States District Court Southern District of Alabama Clerk's Office on *March 8, 2022*, and was mailed/or delivered as directed by the Clerk's Office to Jason Hardy at P.O. Box 6634, Clearwater, FL, 33758, On *03/8/2022* 2022.

3

*[Signature: Caesar White Jr, 03/8/2022]*

(Signature and date), pro se

_____

(Address) P.O. Box 17221, Pensacola, FL, 32522

(Phone Number) (850)291-3346

(Email Address) caesarwhitejr@yahoo.com

<u>End of Complaint</u>