IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CAESAR WHITE, JR,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   CIVIL ACTION NO. 1:22-00106-N<br>) |
| LOUIS DeJOY,<br>*Postmaster General,*<br>*United States Postal Service*,<br>    Defendant. | )<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

This civil action was decided by U.S. Magistrate Judge Katherine P. Nelson, by consent of the parties, on a motion for summary judgment. In accordance with the Court's rulings, it is **ADJUDGED** and **DECREED** that the Plaintiff, **CAESAR WHITE, JR**, recover nothing, his claims be dismissed on the merits, and the Defendant, the **UNITED STATES POSTMASTER GENERAL**, recover costs from the Plaintiff.

**DONE** this the **9th** day of **April 2024**.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**